IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| AMANDA FRENCH, | ) | CV 13-00499 DKW-KSC |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| WAL-MART STORES, INC., a Delaware profit corporation, doing business as WALMART, DOE DEFENDANTS 1-10, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 10, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

//

//

//

Recommendation To Dismiss Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 29, 2014, at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

French v. Walmart; CV 13-00499; Order Adopting Magistrate Judge's Findings and Recommendation